**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| KIRA (US) INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:23-cv-00919 |
| | ) |
| KEENAN SAMMAN and | ) |
| DEEPJUDGE AG, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF HEARING

PLEASE BE ADVISED, to the extent not previously set *sua sponte* for hearing by the Court, that on Friday, July 21, 2023 at 10:00 a.m., or as soon thereafter as counsel may be heard, Plaintiff Kira (US) Inc. ("Kira"), will present argument on its Motion to File Documents Under Seal.

Respectfully submitted,

*/s/ Michael J. Schrier*
Michael J. Schrier, Esq.
VA Bar No. 65916
George E. Stewart, Esq.
VA Bar No. 91097
HUSCH BLACKWELL LLP
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC  20006
T: (202) 378-2313
F: (202) 378-2319
michael.schrier@huschblackwell.com
george.stewart@huschblackwell.com

*Counsel for Kira (US) Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2023, the above and foregoing document was filed electronically using the Court's CM/ECF system. The CM/ECF system will send the document and a notification of such filing (NEF) to all counsel of record.

In addition, a copy of the foregoing document will be sent via U.S. Mail and electronically to:

Joy C. Einstein, Esq.
Shulman Rogers
12505 Park Potomac Ave.
Potomac, MD  20854
jeinstein@shulmanrogers.com

*/s/ Michael J. Schrier*
Michael J. Schrier
*Attorney for Plaintiff*

4895-4019-0576.1