**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| KIRA (US) INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:23-cv-00919-MSN-WEF |
| | ) | |
| KENNAN SAMMAN and | ) | |
| DEEPJUDGE AG, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT PROPOSED DISCOVERY SCHEDULE**

Plaintiff Kira (US) Inc. ("Kira") and Defendant Kennan Samman ("Samman") hereby submit this Joint Proposed Discovery Schedule in accordance with the Court's July 21, 2023 Memorandum Opinion & Order, ECF # 31.

All discovery scheduled below shall be for the sole purpose of preparing for an anticipated Preliminary Injunction hearing and shall solely concern claims against Samman related to the Court's July 21, 2023 Memorandum Opinion & Order.[1]

**July 28, 2023**  Deadline to file Joint Motion for Entry of Protective Order (Agreed)

**July 28, 2023**  Deadline to serve interrogatories and document production requests (each side gets a total of ten (10) interrogatories and ten (10) document production requests each, meaning Kira may issue up to ten each and Samman and

---

[1] DeepJudge agrees to participate in discovery to the extent reflected in this proposed discovery schedule without consenting to the jurisdiction of this Court, while reserving all rights, and without waiver of any challenges to personal jurisdiction upon any proper service of the Complaint.

DeepJudge combined may issue up to ten interrogatories and ten document requests) (Agreed)

**August 4, 2023**     Deadline for Responses to Interrogatories and Document Production Requests

**August 7-11, 2023**    Depositions (2 per side) (limit to 4 hours each) (agreed to be virtual)

- Samman will take:
  - Corporate deposition of Kira
  - Bryan Smith
- Kira will take:
  - Samman
  - Corporate deposition of DeepJudge
- For each corporate deposition, no more than a total of five (5) topics may be designated in a party's Fed.R.Civ.P. 30(b)(6) notice

**August 18, 2023**     Kira files Motion for Preliminary Injunction and/or Supplement to previously filed Motion for Temporary Restraining Order

**August 23, 2023**     Samman/DeepJudge file opposition brief

**August 25, 2023**     Hearing on Motion for Preliminary Injunction

WE ASK FOR THIS:

*/s/ Michael J. Schrier*

Michael J. Schrier (VSB #65916)
George E. Stewart (VSB #91097)
HUSCH BLACKWELL LLP
1801 Pennsylvania Ave., NW, Suite 1000
Washington, DC  20006
T: (202) 378-2313
F: (202) 378-2319
michael.schrier@huschblackwell.com
george.stewart@huschblackwell.com

William E. Corum (*Pro hac vice*)
HUSCH BLACKWELL LLP
4801 Main Street, Suite 1000
Kansas City, MO 64112
T: (816) 983-8139
F: (816) 983-8080
william.corum@huschblackwell.com

*Counsel for Plaintiff Kira (US), Inc.*

SEEN AND AGREED:

*/s/ Joy Einstein*

Joy Einstein (VSB # 82073)
Gregory Melus (VSB # 85432)
SHULMAN, ROGERS, GANDAL,
PORDY, & ECKER, P.A.
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
T: (301) 230-5200
F: (301) 230-2891
jeinstein@shulmanrogers.com
gmelus@shulmanrogers.com

Jesse M. Coleman (*Pro hac vice*)
SEYFARTH SHAW LLP
700 Milam Street, Suite 1400
Houston, TX 77002
T: (713) 225-2300
F: (713) 225-2340
jmcoleman@seyfarth.com

Eric J. Janson (*Pro hac vice*)
Robert S. Terzoli (*Pro hac vice*)
SEYFARTH SHAW LLP
975 F Street NW
Washington, DC 20004
(202) 463-2400 (telephone)
(202) 828-5393 (facsimile)
ejanson@seyfarth.com
rterzoli@seyfarth.com

*Counsel for Defendants Kennan Samman*

3

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2023, the above and foregoing document was filed electronically using the Court's CM/ECF system.  The CM/ECF system will send the document and a notification of such filing (NEF) to all counsel of record.

*/s/ Michael J. Schrier*
Michael J. Schrier