UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIRA (US) INC.,<br>    Plaintiff,<br><br>v.<br><br>KEENAN SAMMAN and DEEPJUDGE AG,<br>    Defendants. | Civil Action No. 1:23-cv-919 (MSN/WEF) |

**ORDER**

This matter comes before the Court on the parties' Joint Proposed Discovery Schedule. (Dkt. No. 32). Upon consideration of the parties' proposed schedule, it is hereby

**ORDERED** that the proposed discovery plan and the deadlines for briefing on the preliminary injunction motion (Dkt. No. 32) are approved and **ADOPTED** by the Court; it is further

**ORDERED** that the Court will hold a preliminary injunction hearing on August 25, 2023, at 10:00 a.m.; and it is further

**ORDERED** that the Court's July 21, 2023 Order granting Kira's Motion for Temporary Restraining Order shall be extended and remain in effect for good cause shown until further order of this Court.

It is **SO ORDERED**.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
July 25, 2023

1