**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| **KIRA (US) INC.,** | ) )  ) |
| **Plaintiff,** | ) ) |
| v. | )   Case No. 1:23-cv-00919 ) |
| **KENNAN SAMMAN and DEEPJUDGE AG,** | ) ) ) |
| **Defendants.** | ) ) ) |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the written settlement agreement. The parties intend to execute the agreement and to file a stipulation of dismissal as soon as practicable, and anticipate doing so within the next 30 days.

Dated: September 13, 2023

Respectfully submitted,

By: */s/*  
Scott M. Dinner, VSB No. 85577  
NIXON PEABODY LLP  
799 9th Street, NW, Suite 500  
Washington, DC 20001  
(202) 585-8505 (telephone)  
(844) 996-1233 (facsimile)  
sdinner@nixonpeabody.com  

Matthew McLaughlin (admitted *pro hac vice*)  
NIXON PEABODY LLP  
Exchange Place, 53 State Street  
Boston, MA 02109  
(617) 345-1000 (telephone)  
(866) 440-6480 (facsimile)  
mmclaughlin@nixonpeabody.com  

Aaron F. Nadich (admitted *pro hac vice*)  
NIXON PEABODY LLP  
One Citizens Plaza, Suite 500  
Providence, RI 02903  
401-454-1000 (telephone)  
844-885-9995 (facsimile)  
anadich@nixonpeabody.com  

***Attorneys for Kira (US) Inc.***

By: */s/*  
Joy Einstein, VSB No. 82073  
Gregory Melus, VSB No. 85432  
SHULMAN, ROGERS, GANDAL, PORDY, & ECKER, P.A.  
12505 Park Potomac Avenue, 6th Floor  
Potomac, MD 20854  
(301) 230-5200 (telephone)  
(301) 230-2891 (facsimile)  
jeinstein@shulmanrogers.com  
gmelus@shulmanrogers.com  

Eric J. Janson (admitted *pro hac vice*)  
Robert S. Terzoli (admitted *pro hac vice*)  
SEYFARTH SHAW LLP  
975 F Street NW  
Washington, DC 20004  
(202) 463-2400 (telephone)  
(202) 828-5393 (facsimile)  
ejanson@seyfarth.com  
rterzoli@seyfarth.com  

Jesse M. Coleman (admitted *pro hac vice*)  
SEYFARTH SHAW LLP  
700 Milam Street  
Suite 1400  
Houston, TX 77002  
(713) 225-2300 (telephone)  
(713) 225-2340 (facsimile)  
jmcoleman@seyfarth.com  

***Attorneys for Kennan Samman***

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 13, 2023, I electronically filed this motion with the Clerk of Court using the CM/ECF system, which will then send a notification of electronic filing (NEF) to all counsel of record in this action.

                 */s/ Joy C. Einstein, Esq.*
                 Joy C. Einstein