UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KIRA (US) INC.,
    Plaintiff,

v.

KENNAN SAMMAN and DEEPJUDGE AG,
    Defendants.

Civil Action No. 1:23-cv-919 (MSN/WEF)

## ORDER

This matter comes before the Court on Defendant Kennan Samman's Consent Motion to Stay. (Dkt. No. 60). Upon consideration of the Motion, it is hereby

**ORDERED** that the Consent Motion to Stay (Dkt. No. 60) is **GRANTED**; it is further

**ORDERED** that this action, and all case deadlines, are **STAYED** for thirty (30) days from the date of this Order, pending the parties' efforts to finalize a settlement agreement; and it is further

**ORDERED** that, in the event the parties are unable to consummate the settlement, the parties shall promptly notify the Court and shall do so by no later than the expiration of the 30-day stay, and the parties shall submit a new proposed discovery schedule to the Court within the shorter of: (a) three business days from the expiration of the 30-day stay; or (b) three business days from their notification to the Court that they were unable to consummate the settlement.

It is **SO ORDERED**.

                                          /s/
                              Hon. Michael S. Nachmanoff
                              United States District Judge

Alexandria, Virginia
September 13, 2023