IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| KIRA (US) INC., <br><br> Plaintiff, <br><br> v. <br><br> KENNAN SAMMAN and DEEPJUDGE AG, <br><br> Defendants. | Case No. 1:23-cv-00919 |

**STIPULATION OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Kira (US) Inc. ("Plaintiff") and Defendant Kennan Samman ("Defendant"), by and through their respective counsel of record, hereby stipulate as follows:

1. This action, including all causes of action asserted in Plaintiff's Complaint (ECF No. 1) and Amended Complaint (ECF No. 56), is hereby dismissed in its entirety, with prejudice.

2. Each party will bear its own costs and fees in connection with this action.

SO STIPULATED.

Dated: October 16, 2023

Respectfully submitted,

| | |
|---|---|
| By: _/s/ Scott M. Dinner_<br>Scott M. Dinner, VSB No. 85577<br>NIXON PEABODY LLP<br>799 9th Street, NW, Suite 500<br>Washington, DC 20001<br>(202) 585-8505 (telephone)<br>(844) 996-1233 (facsimile)<br>sdinner@nixonpeabody.com<br><br>Matthew McLaughlin (admitted *pro hac vice*)<br>NIXON PEABODY LLP<br>Exchange Place, 53 State Street<br>Boston, MA 02109<br>(617) 345-1000 (telephone)<br>(866) 440-6480 (facsimile)<br>mmclaughlin@nixonpeabody.com<br><br>Aaron F. Nadich (admitted *pro hac vice*)<br>NIXON PEABODY LLP<br>One Citizens Plaza, Suite 500<br>Providence, RI 02903<br>401-454-1000 (telephone)<br>844-885-9995 (facsimile)<br>anadich@nixonpeabody.com<br><br>***Attorneys for Kira (US) Inc.*** | By: _/s/ Joy Einstein_<br>Joy Einstein, VSB No. 82073<br>Gregory Melus, VSB No. 85432<br>SHULMAN, ROGERS, GANDAL, PORDY, & ECKER, P.A.<br>12505 Park Potomac Avenue, 6th Floor<br>Potomac, MD 20854<br>(301) 230-5200 (telephone)<br>(301) 230-2891 (facsimile)<br>jeinstein@shulmanrogers.com<br>gmelus@shulmanrogers.com<br><br>Eric J. Janson (admitted *pro hac vice)*<br>Robert S. Terzoli (admitted *pro hac vice)*<br>SEYFARTH SHAW LLP<br>975 F Street NW<br>Washington, DC 20004<br>(202) 463-2400 (telephone)<br>(202) 828-5393 (facsimile)<br>ejanson@seyfarth.com<br>rterzoli@seyfarth.com<br><br>Jesse M. Coleman (admitted *pro hac vice)*<br>SEYFARTH SHAW LLP<br>700 Milam Street<br>Suite 1400<br>Houston, TX 77002<br>(713) 225-2300 (telephone)<br>(713) 225-2340 (facsimile)<br>jmcoleman@seyfarth.com<br><br>***Attorneys for Kennan Samman*** |