UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

KIRA (US) INC.,
    Plaintiff,

v.

KENNAN SAMMAN and DEEPJUDGE AG,
    Defendants.

Civil Action No. 1:23-cv-919 (MSN/WEF)

## ORDER

This matter comes before the Court on the parties' Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. No. 63). It is hereby

**ORDERED** that this action, including all causes of action asserted in Plaintiff's Complaint and Amended Complaint, is **DISMISSED WITH PREJUDICE**.

It is **SO ORDERED**.

The Clerk is directed to close this civil action.

                                                  /s/
                                    Michael S. Nachmanoff
                                    United States District Judge
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
October 18, 2023

1